Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
Constellation Place
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com

*Attorneys for Plaintiff*
*Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 73.71.97.172,<br><br>　　　　　　Defendant. | Case Number: 4:19-cv-01105-DMR<br><br>Magistrate Judge Donna M. Ryu<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 73.71.97.172** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 73.71.97.172 are voluntarily dismissed without prejudice.

Dated:  April 25, 2019　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By: /s/ *Lincoln D. Bandlow*
　　　　　　　　　　　　　　　　　　　　　Lincoln D. Bandlow, Esq.
　　　　　　　　　　　　　　　　　　　　　FOX ROTHSCHILD LLP
　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*